The People of the State of New York, Respondent,
against
Douglas Gurley, Appellant.




Appellate Advocates (Erin Tomlinson of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill, William H. Branigan and Anish M. Patel of counsel), for respondent.

Appeal from judgments of the Criminal Court of the City of New York, Queens County (Elisa S. Koenderman, J.), rendered November 25, 2014. The judgments convicted defendant, upon his pleas of guilty, of criminal contempt in the second degree and resisting arrest, respectively, and imposed sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.




ORDERED that the judgments of conviction are affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
WESTON, J.P., ALIOTTA and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 28, 2018